UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD PANNELL, | No. 2:14-cv-1514-KJN |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

Plaintiff, represented by counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1] Generally, a filing fee of $400 is presently required to commence a civil action in this court. However, the court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

Plaintiff's application to proceed in forma pauperis is incomplete and/or unclear in several respects. First, although the affidavit in support of the application was apparently signed by plaintiff Brad Pannell, the introductory language states "I, Edwin Mezquita, declare that I am the plaintiff in the above-entitled proceeding…." (ECF No. 2.) Although this was no doubt an inadvertent mistake in modifying an essentially boilerplate template form, the error raises

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

questions about whether some of the other information on the form could also possibly relate to Mr. Mezquita as opposed to Mr. Pannell.  Second, the court notes that the answer to question five is incomplete, because although it states that plaintiff owns property, the answer fails to describe the property and estimate its value.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
2. Within 28 days of this order, plaintiff shall either submit a properly completed amended application to proceed in forma pauperis addressing the above deficiencies, or pay the applicable filing fee.
3. Plaintiff's failure to file an amended application or pay the filing fee by the required deadline may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 4, 2014

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE