BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD PANNELL | Case No. 14-1514 KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| COMMISSIONER OF SSA | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 2, 2015, to February 2, 2015, with all other deadlines extended accordingly. This extension is required due to the upcoming holidays and counsel's scheduled vacation.

/ / / /

/ / / /

/ / / /

| | |
|---|---|
| Dated: December 18, 2014 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 18, 2014 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Theophous Reagans<br>THEOPHOUS REAGANS<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   December 29, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2