BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD PANNELL, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SSA <br><br> Defendant. | Case No. 14-1514 KJN <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from February 2, 2015, to February 6, 2015, with all other deadlines extended accordingly. This short additional extension is required to accommodate counsel's slow recovery from the flu.

////

////

////

1

Dated: February 2, 2015                  /s/*Bess M. Brewer*
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: February 2, 2015                  Benjamin B. Wagner
                                         United States Attorney

                                         Donna L. Calvert
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/ Theophous Reagans
                                         THEOPHOUS REAGANS
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   February 3, 2015

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE