BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRAD PANNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01514-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 9, 2015, to April 9, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time to consider settlement.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3 Dated: March 4, 2015

    Respectfully submitted,
    /s/ Bess M. Brewer_____

4 (As authorized via email on 3/4/2015)
BESS M. BREWER

5 Attorney for Plaintiff

6

7 Dated: March 4, 2015   BENJAMIN B. WAGNER
United States Attorney

8 DONNA L. CALVERT
Regional Chief Counsel, Region IX

9 Social Security Administration

10

    By:   /s/ Ellinor Coder_____

11 ELLINOR CODER
Special Assistant U.S. Attorney

12 OF COUNSEL: AMANDA SCHAPEL
Assistant Regional Counsel

13

14

    Attorneys for Defendant

15

16

17

    <u>ORDER</u>

18

19 APPROVED AND SO ORDERED:

20

21 Dated: March 5, 2015

22

23 _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28