BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BRAD PANNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01514-KJN<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, for an additional two-week extension in Defendant's time to respond to Plaintiff's Motion for Summary Judgment. The current deadline is April 9, 2015, and the proposed new deadline will be April 23, 2015. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time so that the parties may continue to discuss the terms of settlement.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Extension; 2:14-cv-01514-KJN         1

1  Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3                                      Respectfully submitted,

4  Dated:  April 8, 2015          /s/ Bess M. Brewer
                                      (As authorized via email on 4/8/2015)

5                                       BESS M. BREWER

6                                       Attorney for Plaintiff

7

8  Dated:  April 8, 2015          BENJAMIN B. WAGNER
                                      United States Attorney

9                                       DONNA L. CALVERT
                                      Regional Chief Counsel, Region IX

10                                      Social Security Administration

11                      By:  /s/ Ellinor Coder

12                                       ELLINOR CODER
                                      Special Assistant U.S. Attorney

13                                       OF COUNSEL: AMANDA SCHAPEL
                                      Assistant Regional Counsel

14

15                                       Attorneys for Defendant

16

17                                       <u>ORDER</u>

18

19

20  APPROVED AND SO ORDERED:

21

22  Dated:  April 9, 2015

23                                       KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28