BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| BRAD PANNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01514-KJN<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    The ALJ will be directed to weigh all the medical opinions of record regarding the claimant's mental health during the period at issue, including the medical opinions of Janice Nakagawa, Ph.D., Troy Ewing, Psy.D., Judy Martin, M.D., and D. Funkelstein, M.D.,

articulating the weight assigned each opinion and the reasons for that weight (20 CFR § 404.1527 and 416.927); reevaluate the credibility of the claimant's allegations (20 CFR § 404.1529 and Social Security Ruling 96-7p); reassess the claimant's residual functional capacity (20 CFR § 404.1545 and Social Security Rulings 85-16 and 96-8p); and, if warranted at step five, obtain evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base (20 CFR § 404.1566; Social Security Ruling 83-14).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  April 14, 2015				BESS M. BREWER

					By:	/s/ Ellinor Coder for Bess M. Brewer*___
						*By email authorization on April 14, 2015

						Attorney for Plaintiff

Dated:  April 14, 2015				BENJAMIN B. WAGNER
						United States Attorney
						DONNA L. CALVERT
						Regional Chief Counsel, Region IX
						Social Security Administration

					By:	/s/  Ellinor Coder
						ELLINOR CODER
						Special Assistant U.S. Attorney
						OF COUNSEL: AMANDA SCHAPEL
						Assistant Regional Counsel

						Attorneys for Defendant

ORDER

The parties' stipulation (ECF No. 25) is APPROVED. Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the parties' stipulation, the action is remanded for further administrative proceedings consistent with this order pursuant to sentence four of 42 U.S.C. § 405(g).
2. Plaintiff's motion for summary judgment (ECF No. 19) is denied without prejudice as moot.
3. Judgment is entered in favor of plaintiff and against the Commissioner.
4. The Clerk of Court shall vacate all dates and close this case.

Dated: April 16, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE